*Christopher Beres*
*1600 Sarno Road, Suite 1*
*Melbourne, FL 32935*
*(321) 339-9301*
<christopherberes8@gmail.com>

August 15, 2022

Via ECF

Hon. Valerie E. Caproni
District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2022
```

Re: **_Beres v. Toyota Motor North America, Inc._, 1:22-cv-05755**

Dear Judge Caproni:

    As the pro se plaintiff in the above-captioned action, the undersigned respectfully requests an extension of time until August 22, 2022 to file and serve on the opposing parties a RICO Statement regarding the plaintiff's claims pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961.

    On August 1, 2022, the Honorable Court granted all of the defendants an extension of time to respond to the summons and complaint to be September 20, 2022 (45 days).

Respectfully,
/s/Christopher Beres
Christopher Beres

cc: The Honorable Stewart D. Aaron (via ECF)

cc: Patricia O-Prey, Esq. (via ECF)
    Beth Kaufman, Esq. (via ECF)
    Michael Nacchio, Esq. (via ECF)
    Rachel Cherington, Esq. (via ECF)
    Courtney Solomon Esq. (via ECF)
    Gregory Joseph, Esq. (via ECF)

---

This case has been referred to the undersigned for general pretrial purposes and to make reports and recommendations to Judge Caproni regarding dispositive motions. Thus, going forward, all pretrial matters are to be addressed to the undersigned. In addition, per my Individual Practices, requests to extend a deadline must be made after consultation with all affected parties, and must state, among other things, whether all affected parties consent and, if not, the reasons given for refusing. Notwithstanding the foregoing, in the circumstances presented, Plaintiff's request for an extension until 8/22/2022 is GRANTED. In addition, the Court hereby correspondingly extends the deadline for Defendants to respond to the summons and complaint to 9/27/2022. SO ORDERED.

Dated: 8/16/2022      *[signature: Stewart D. Aaron]*